The Law Office of
# Treyvus & Konoski, P.C.
**Attorneys and Counselors at Law**
305 Broadway, 14th Floor
New York, NY 10007
(212) 897-5832
Fax: (718) 668-1094

January 3, 2020

Attn: Judge Oetken
UNITED STATES DISTRICT COURT
40 Foley Square
New York, NY 10007

  Re:  United States v. Aybar, 17-CR-527

Dear Judge Oetken:

  I am writing to request a 60-day extension of time for sentencing in this matter, putting the sentencing of this matter into March of 2020.

  I received information from Mr. Aybar's defense attorney in the Eastern District that defense counsel and the Government are attempting to reach a favorable resolution in that case. In order to reach that resolution, an adjournment of the sentencing in this case pending in the Southern District is necessary.

  The Government in this case (Southern District) consents to this adjournment request.

  I apologize for the delay in making this request. I inadvertently failed to file this request sooner due to the holidays.

> Granted.
> The sentencing is hereby adjourned to March 11, 2020, at 10:30 am.
>  So ordered.
>  January 6, 2020

Sincerely,

/s/ Bryan Konoski

BRYAN KONOSKI

_____
J. PAUL OETKEN
United States District Judge