UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

ALEX AYBAR,

                Defendant.

17-CR-527 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has reviewed Defendant's request for early termination of supervised release (ECF No. 103) and the Government's response (ECF No. 104). The Court concludes that early termination is warranted by Defendant's conduct and is in the interests of justice, substantially for the reasons discussed by Judge Donnelly in *United States v. Aybar*, No. 19-CR-14 (AMD) (E.D.N.Y. Nov. 20, 2024), ECF No. 404.

    Accordingly, pursuant to 18 U.S.C. § 3583(e), Defendant's request for early termination of supervised release is GRANTED, and Defendant's term of supervised release is hereby terminated.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant at 1551 Bell Boulevard, Queens, NY 11360.

    SO ORDERED.

Dated: May 8, 2025
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge